**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6704**

─────────────

EDGHILL LEO FRANCIS,

                              Petitioner - Appellant,

        versus

JOSEPH BROOKS, Warden,

                              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-02-428-AM)

─────────────

Submitted: January 16, 2003        Decided: February 3, 2003

─────────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Edghill Leo Francis, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edghill Leo Francis seeks to appeal the district court's order construing his 28 U.S.C. § 2241 (2000) petition as a motion arising under 28 U.S.C. § 2255 (2000), and dismissing it without prejudice. We have reviewed the record and agree with the district court that the claims Francis seeks to raise cannot be pursued under § 2241. Because Francis has previously filed a motion seeking relief under § 2255, see United States v. Francis, No. 99-6042, 1999 WL 147849 (4th Cir. Mar. 18, 1999) (unpublished), however, he must seek authorization from this Court under 28 U.S.C. § 2244 (2000) prior to filing a successive motion under § 2255. Because Francis has not received this authorization, the district court properly dismissed his motion without prejudice. Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2